UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERCOM, LTD.,

        Plaintiff,

-against-

SABBY VOLATILITY WARRANT MASTER FUND LTD. and WEDBUSH SECURITIES, INC.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2021

21 Civ. 2857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 30 and May 12, 2021. ECF Nos. 4–5. Accordingly:

1. Defendant Sabby Volatility Warrant Master Fund Ltd.'s ("Sabby") request for leave to move to dismiss the complaint is GRANTED;
2. By **June 22, 2021**, Sabby shall file its motion to dismiss the complaint;
3. By **July 13, 2021**, Plaintiff shall file its opposition papers; and
4. By **July 27, 2021**, Sabby shall file its reply papers, if any.

    SO ORDERED.

Dated: May 18, 2021
       New York, New York

                          ANALISA TORRES
                         United States District Judge