```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUPERCOM, LTD.,

                           Plaintiff,          **ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

   -against-

SABBY VOLATILITY WARRANT MASTER      **21-CV-2857 (AT)**
FUND LTD. and WEDBUSH SECURITIES,
INC.,

                           Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 33). A telephone conference will be held on **Wednesday, August 25, 2021 at 12:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: August 6, 2021
       New York, New York

                                                    _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge