

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/12/2021
```

August 12, 2021

**MEMO ENDORSED**

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Pre-Settlement Telephone Conference scheduled for Wednesday, August 25, 2021 at 12:00 p.m. is hereby rescheduled to <u>Thursday, September 9, 2021 at 12:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 08/12/2021

Re: SuperCom Ltd. v. Sabby Volatility Warrant Master Fund Ltd., 1:21-cv-02857

Dear Judge Parker:

I represent Plaintiff SuperCom Ltd. ("SuperCom") in the above-referenced action. I write, along with Plaintiff's counsel, to request a brief adjournment of the pre-settlement conference currently scheduled for Wednesday, August 25, 2021 (Dkt. No. 34). The primary reason for this request is that I will be traveling with family in a place with limited reception during the time of the scheduled conference. Additionally, Mr. Fleming, counsel for Defendant, Sabby Volatility Warrant Master Fund Ltd. ("Sabby") has a work obligation at the time of the scheduled conference. This is the first request for an adjournment of the conference.

If the request for a brief adjournment is granted, a clerk in the Court's chambers indicated that the Court is available on September 9, 2021 at noon. Both counsel for SuperCom and Sabby are available then for a pre-settlement conference call.

We thank the Court for its attention to this request.

Respectfully submitted,

*Adam S. Katz*

Adam S. Katz, Esq.

AK:sd

**Please send mail to our scanning center at: PO Box 880, Buffalo NY 14201**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 646-292-8701 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA