```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUPERCOM, LTD.,

                           Plaintiff,

      -against-

SABBY VOLATILITY WARRANT MASTER
FUND LTD. and WEDBUSH SECURITIES,
INC.,

                           Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-MOTION CONFERENCE**

**21-CV-2857 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Pre-motion Conference in this matter scheduled for Thursday, November 18, 2021 at 2:30 p.m. is hereby rescheduled to **Thursday, December 16, 2021 at 12:00 p.m.**

Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

        SO ORDERED.

Dated: November 15, 2021
        New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge