UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERCOM, LTD.,

               Plaintiff,

-against-

SABBY VOLATILITY WARRANT MASTER FUND LTD. and WEDBUSH SECURITIES, INC.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/17/2021__

21 Civ. 2857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 23, 2021, is ADJOURNED to **December 20, 2021**, at **11:00 a.m.**, to allow for resolution of discovery disputes and for settlement discussions to proceed. By **December 13, 2021**, the parties shall submit a joint status letter.

    SO ORDERED.

Dated: November 17, 2021
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge