```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERCOM, LTD.,

                  Plaintiff,

-against-

SABBY VOLATILITY WARRANT MASTER FUND LTD. and WEDBUSH SECURITIES, INC.,

                  Defendants.

21 Civ. 2857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for December 20, 2021 is ADJOURNED *sine die* pending the Court's resolution of the parties' motions to dismiss in this matter.

    SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge