

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

March 15, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2022
```

Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: SuperCom, Ltd. v. Sabby Volatility Warrant Master Fund Ltd., 1:21-cv-02857

Dear Judge Parker:

  As you are aware, this firm represents Plaintiff SuperCom, Ltd. ("SuperCom") in the above-referenced matter. We write to respectfully request that the Court adjourn the case management conference scheduled for March 22, 2022 to a date and time the following week. Both defendants' counsel consent to this adjournment, and we are all available on March 29, 2022, March 30, 2022 in the afternoon, or March 31, 2022. This is the first request for an adjournment of this conference.

  The primary reason for this request is that I will be traveling outside of the country from March 19, 2022-March 26, 2022 and it will be extremely difficult to dial into chambers from abroad. As the main attorney handling this matter for SuperCom, I think it is important that I participate in this case management call.

  I thank the Court for its attention to this matter.

Respectfully submitted,

Adam S. Katz, Esq.

AK:sd

> The Case Management Conference is hereby rescheduled for **April 7, 2022 at 3:00 P.M.** The parties are directed to call Judge Parker's conference line at the scheduled time.
>
> APPLICATION GRANTED
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 3/16/2022

---

Please send mail to our scanning center at: PO Box 880, Buffalo NY 14201

---

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4043 | **PHONE** 646-292-8700 | **FAX** 646-292-8701 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA