USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUPERCOM, LTD.,

                        Plaintiff,

        -against-

SABBY VOLATILITY WARRANT MASTER
FUND LTD. and WEDBUSH SECURITIES,
INC.,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

21-CV-2857 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference held on April 7, 2022, Plaintiff's request for an extension of time to serve its expert report *nunc pro tunc* (ECF No. 92) is GRANTED for the reasons stated on the record. As to Defendants' request that Plaintiff's expert report be stricken for failure to comply with Rule 26, the Court sets the following briefing schedule:

- **Motion Due:** May 6, 2022
- **Opposition Due:** May 20, 2022
- **Reply Due:** June 3, 2022

As a reminder, Defendants may elect to submit a joint brief.

The Clerk of Court is respectfully requested to terminate the pending motions at ECF No. 92.

      SO ORDERED.

Dated: April 7, 2022
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge