UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCOM, LTD., | Index No. 1:21-cv-02857 (AT) (KHP) |
| Plaintiff, | |
| -against- | DECLARATION OF NATASHA G. MENELL IN SUPPORT OF MOTION TO EXCLUDE THE EXPERT REPORT OF DR. TAL MOFKADI |
| SABBY VOLATILITY WARRANT MASTER FUND LTD. and WEDBUSH SECURITIES, INC, | |
| Defendants. | |

NATASHA G. MENELL, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate at Olshan Frome Wolosky LLP, attorneys for Defendant Sabby Volatility Warrant Master Fund Ltd. ("Sabby"). I submit this declaration in further support of Sabby's Motion to Exclude the Expert Report of Dr. Tal Mofkadi pursuant to Rules 26 and 37 F.R.C.P. The following documents are referenced in the accompanying memorandum.

   a. Exhibit A: The amended expert report of Dr. Tal Mofkadi, including a Clarifications statement, served by Plaintiff SuperCom Ltd. ("SuperCom") on April 12, 2022.

   b. Exhibit B: The Complaint against SuperCom, dated September 2, 2020, filed by Sabby in the Supreme Court of the State of New York, New York County in *Sabby Volatility Warrant Master Fund Ltd. v. SuperCom Ltd.*, Index No. 654189/2020 (Sup. Ct. N.Y. County).

6277137-1

    c.   <u>Exhibit C</u>: The Consolidated Balance Sheets and Notes excerpted from SuperCom's Form 20-F for fiscal year 2021, filed with the United States Securities and Exchange Commission on April 4, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2022 in Brooklyn, New York.

OLSHAN FROME WOLOSKY LLP

By: _____

Natasha G. Menell
*Attorneys for Defendant Sabby*
*Volatility Warrant Master Fund Ltd.*
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
NMenell@olshanlaw.com

6277137-1