

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

May 17, 2022

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022**

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   5/18/2022

     **Re:   SuperCom, Ltd. v. Sabby Volatility Warrant Master Fund Ltd., 1:21-cv-02857**

Dear Judge Parker:

    As the Court is aware, this firm represents Plaintiff SuperCom, Ltd. ("SuperCom") in the above-referenced matter. On May 6, 2022, Defendant Sabby Volatility Warranty Master Fund Ltd. ("Sabby") moved to preclude the expert report submitted by SuperCom (Dkt. No. 106) (the "Motion"). We write to request that SuperCom's time to oppose the motion be extended from May 20, 2022 to May 25, 2022.

    Both defendants consent to this request. This is the first request for an extension of these deadlines.

    The primary reason for this requested extension is that there is a holiday in Israel tonight and tomorrow, where SuperCom's expert is based, that is delaying his ability to review the Motion and provide feedback, so additional time is necessary.

    If this request is approved by the Court, SuperCom will file its opposition to the Motion on or before Wednesday, March 25, 2022 and Defendant Sabby Volatility Warranty Master Fund Ltd. ("Sabby") will submit its opposition by June 8, 2022.

    We thank you for your attention to this matter.

                        Respectfully submitted,

                        Adam S. Katz, Esq.

AK:sd

Please send mail to our scanning center at: PO Box 880, Buffalo NY 14201

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 646-292-8701 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA