

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/2022

Direct 646.292

August 25, 2022

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Thursday, September 22, 2022 at 2:00 p.m. is hereby rescheduled to <u>Monday, October 24, 2022 at 11:30 a.m.</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267   APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
08/26/2022

**VIA ECF**

Hon. Katherine H. Parker, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Supercom, Ltd. . v. Sabby Volatility Warrant Master Fund Ltd., 1:21-cv-02857

Dear Judge Parker:

As the Court is aware, this firm represents Plaintiff SuperCom, Ltd. ("SuperCom") in the above-referenced matter.  We write to request that the case management conference scheduled for September 22, 2022 (Dkt. 122) be adjourned to September 29, 2022.  The reason for this requested adjournment is that I currently have depositions in Washington DC, scheduled for September 21 and 22, 2022; the depositions involve multiple parties and coordination of multiple travel schedules.

This is the first request for an adjournment and Defendant's counsel consents to this request. We thank you for your attention to this request.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

Adam S. Katz, Esq.

AK:sd

**Please send mail to our scanning center at: PO Box 880, Buffalo NY 14201**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013  | **PHONE** 646-292-8700  | **FAX** 646-292-8701  | **www.goldbergsegalla.com**
CALIFORNIA  |  CONNECTICUT  |  FLORIDA  |  ILLINOIS  |  NEW JERSEY  |  NEW YORK  |  NORTH CAROLINA  |  MARYLAND  |  MISSOURI  |  PENNSYLVANIA