UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SUPERCOM, LTD.,

                           Plaintiff,                         21-CV-2857 (AT)(KHP)

       -against-                                   **ORDER**

SABBY VOLATILITY WARRANT MASTER
FUND LTD. and WEDBUSH SECURITIES,
INC.,

                           Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed during the case management conference on October 24, 2022, the deadline to conduct Dr. Michaelson's deposition is November 30, 2022. The deadline for the parties to file a letter requesting a settlement conference with the Court is December 2, 2022.

      SO ORDERED.

Dated: October 25, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022