```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERCOM, LTD.,

                Plaintiff,

-against-

SABBY VOLATILITY WARRANT MASTER FUND LTD.,

                Defendant.

21 Civ. 2857 (AT) (KHP)

**ORDER**

ANALISA TORRES, United States District Judge:

      Trial has not yet been scheduled in this matter. Because of the substantial backlog of trial-ready cases due to the COVID-19 pandemic, trial may be delayed. The parties are reminded that they may consent to proceed before the Honorable Katharine H. Parker, who would then oversee the trial and resolve any pending matters before the Court.

      If the parties consent to Judge Parker's jurisdiction, by **November 23, 2022**, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754 on the docket. The parties are free to withhold consent without negative consequences. If the Court approves that form, all further proceedings will then be conducted before Judge Parker. An information sheet on proceedings before magistrate judges is also attached to this order. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as with any matter heard by a district judge.

      SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                            ANALISA TORRES
                                                    United States District Judge