USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/13/2023__

**OLSHAN**

February 9, 2023

<u>BY EFILE</u>

Honorable Analisa Torres
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   Re: <u>*SuperCom Ltd. v. Sabby Volatility Warrant Master Fund Ltd. et al* (1:21-cv-02857-AT) –Letter re Pretrial Scheduling</u>

Dear Judge Torres:

  We represent defendant Sabby Volatility Warrant Master Fund Ltd. ("Sabby"). We submit this letter to request that the deadline for filing all pretrial materials identified in Rule V of Your Honor's Individuals Rules be extended from February 10, 2023 to February 17, 2023. Trial has not been set in this matter.

  Sabby requests this additional time due to professional commitments. Plaintiff SuperCom Ltd. ("SuperCom") consents to this request and requests additional time due to counsel's recent illness.

  This is the third request for an extension of this deadline. The Court granted the first joint request on December 19, 2022 (Dkt. No. 131) and the second request made by SuperCom and consented to by Sabby on January 25, 2023 (Dkt. No. 133).

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            */s/ Thomas J. Fleming*

            Thomas J. Fleming

GRANTED.

SO ORDERED.

Dated: February 13, 2023
   New York, New York

            ANALISA TORRES
            United States District Judge