

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/17/23
```

February 17, 2023

<u>Via ECF</u>

Judge Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

   Re: **SuperCom Ltd. v. Sabby Volatility Warrant Master Fund Ltd. et al., 1:21-cv-2857**

Dear Judge Torres:

  As the Court is aware, this firm represents Plaintiff SuperCom, Ltd. ("SuperCom") in the above-referenced matter. We write to request that the deadline to file certain pre-trial materials in this case be extended briefly from February 17, 2023 to February 24, 2023. The parties intend to file the joint pre-trial order required by Part (V)(B) of the Court's Individual Practices, but SuperCom needs a few more days to file the additional submissions required by Part(V)(C) of the Court's Individual Practices.

  Defendant Sabby Volatility Warrant Master Fund Ltd. ("Sabby") consents to this request and we have agreed to make this extension of the deadline reciprocal for all parties.

  The primary reason for this request is that due to an unexpected proffer with the DOJ and FBI on an unrelated matter, I need additional time to complete these supplemental submissions to the Court and it will be difficult to get my client's comments, given the time difference with Israel and the impending start of the Sabbath.

  This is the fourth request for an extension of this deadline-- the first one was made as a joint request by the parties; SuperCom requested the second extension of ten days; then Sabby requested a week's extension and now SuperCom is requesting an additional week for certain submissions. The trial date has not been set in this matter.

  We thank the Court for its attention to this matter.

GRANTED.

SO ORDERED.

Dated: February 17, 2023
   New York, New York

               _____
                  ANALISA TORRES
                United States District Judge