```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SuperCom Ltd.,                      :
                                    :
                                    :      21 CV 2857 (LAP)
                Plaintiff(s),       :
                                    :          ORDER
        -against-                   :
                                    :
Sabby Volatility Warrant Master     :
Fund, et al.,                       :
                                    :
                                    :
                Defendant(s).       :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      ORDERED that counsel are directed to appear via telephone on March 30, 2023 at 10:00 a.m. for a Pretrial conference in the above action.  The dial-in for the conference is (877) 402-9753, access code 6545179.

SO ORDERED.

                                       */s/ Loretta A. Preska*

                                       LORETTA A. PRESKA,

                                       Senior U.S.D.J.

Dated: March 27, 2023

New York, New York