UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUPERCOM LTD.,

        -against-

SABBY VOLATILITY WARRANT MASTER FUND, et al.,

        Defendants.

21 CV 2857 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel are directed to appear via telephone on May 2, 2023 at 11:00 a.m. for a Pretrial conference in the above action. The dial-in for the conference is (877) 402-9753, access code 6545179.

    Trial is scheduled for June 5, 2023 at 9:30 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    New York, New York
           March 30, 2023

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1