```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SUPERCOM LTD.,<br><br>                    Plaintiff,<br><br>-against-<br><br>SABBY VOLATILITY WARRANT MASTER<br>FUND LTD.,<br><br>                    Defendant. | No. 21 CV 2857 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is the second request for an extension of time to file the proposed judgment. (Dkt. no. 188.) Pursuant to the Court's individual rules, absent an emergency, requests for extensions of time shall be made "at least 48 hours prior to the scheduled deadline." The Court recalls that the parties submitted their first request for an extension of time on the eve of the December 15 deadline. (Dkt. no. 186.) Now the parties have submitted their second request for an extension on the actual deadline. In both instances, the parties attributed their need for more time to poor planning, the holidays, and time-zone differences. None of these reasons is an emergency, and this request for an extension of time, like the last request, is therefore untimely.

    Notwithstanding the foregoing, the Court grants this final extension of time until December 29, 2023, for the parties to

submit a proposed final judgment in accordance with the Court's December 4 Order.

**SO ORDERED.**

Dated:  December 22, 2023
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge