UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERCOM LTD.,

               Plaintiff,

-against-

SABBY VOLATILITY WARRANT MASTER
FUND LTD., et al.,

               Defendants.

No. 21 CV 2857 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear for a teleconference on January 10, 2024, at 11:00 a.m., Eastern Time, to discuss their joint letter [dkt. no. 190].  Counsel shall use the dial-in:  (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    January 8, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge