UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUPERCOM LTD.,

                Plaintiff,

-against-

SABBY VOLATILITY WARRANT MASTER FUND LTD., et al.,

                Defendants.

No. 21 CV 2857 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are directed to appear in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007 on January 16, 2024, at 2:30 p.m., Eastern Time, for a fairness hearing in the above-captioned case.

**SO ORDERED.**

Dated:    January 9, 2024
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge