**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUPERCOM, LTD.,

                      Plaintiff,

   -against-                                      21 **CIVIL** 2857 (LAP)

                                                  **JUDGMENT**

SABBY VOLATILITY WARRANT MASTER
FUND LTD. and WEDBUSH SECURITIES,
INC.,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 16, 2024, final judgment is entered dismissing the Complaint and Counterclaims; accordingly, the case is closed.

**Dated:** New York, New York

      January 16, 2024

                                                     **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                         **BY:**      *K. Mango*

                                                       **Deputy Clerk**